JULY 23, 2012

No. D–2680. IN RE DISCIPLINE OF HALL. Michael Anthony Hall, of Peoria, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2681. IN RE DISCIPLINE OF HENNESSEY. James J. Hennessey, Jr., of Albany, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2682. IN RE DISCIPLINE OF QUINN. Brian S. Quinn, of Havertown, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2683. IN RE DISCIPLINE OF SMALLENBERG. Robert H. Smallenberg, of Ashland, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2684. IN RE DISCIPLINE OF GARGANO. Paul A. Gargano, of Cambridge, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 11–564. FLORIDA v. JARDINES. Sup. Ct. Fla. [Certiorari granted, 565 U. S. 1104.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 11–820. CHAIDEZ v. UNITED STATES. C. A. 7th Cir. [Certiorari granted, 566 U. S. 974.] Motion of petitioner to dispense with printing the joint appendix granted.